### REID *v.* THE STATE.

SIMMONS, C. J. There was no error of law committed at the trial, the newly discovered evidence was cumulative and impeaching, the evidence warranted the verdict, and the trial judge did not err in refusing a new trial.
*Judgment affirmed. All the Justices concurring.*

Argued February 21, — Decided February 28, 1898.

Indictment for fornication. Before Judge Littlejohn. Schley superior court. October term, 1897.

*J. R. Williams* and *W. H. McCrory*, for plaintiff in error.

*Frank A. Hooper, solicitor-general*, contra.

---

### HENDLEY *et al. v.* WILSON.

LUMPKIN, P. J. The evidence admitted over the plaintiffs' objection was relevant to the issue involved; the charges complained of fairly submitted one side of this issue to the jury, and there is no complaint that the other side of it was not submitted in appropriate language. The evidence, though conflicting, warranted the verdict, and there was no error in denying a new trial.
*Judgment affirmed. All the Justices concurring.*

Submitted January 18, — Decided February 28, 1898.

Complaint for land. Before Judge Gamble. Bulloch superior court. January 29, 1897.

*Cason & Everitt*, for plaintiffs.

*Groover & Johnston*, for defendant.